UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

NAKARI THOMAS                                CIVIL ACTION NO. 19-cv-1144

VERSUS                                       JUDGE DOUGHTY

BURGER KING CORP., ET AL                     MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Nakari Thomas ("Plaintiff"), on behalf of her minor child T. T., filed this suit against Burger King Corp. ("Burger King") and Louisiana Quality, LLC, (Louisiana Quality) in state court. Defendants removed the action to this court on the basis of diversity jurisdiction, which puts the burden on the removing parties to allege facts that show complete diversity of citizenship of the parties and an amount in controversy over $75,000. The allegations in the notice of removal are adequate with one exception.

The notice of removal states that Louisiana Quality is an LLC whose members are Cambridge Franchise Holdings, LLC and New CFH, LLC. Cambridge Franchise Holdings' sole member is Cambridge Franchise Partners, LLC, whose members are Alex Sloane and Matt Perelman. The notice states that Alex Sloane and Matt Perelman have "addresses in New York City, New York." It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'" Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888, 889 (5th Cir. 1984). A person may reside in multiple states

simultaneously, but "[a]n individual who resides in more than one State is regarded, for purposes of federal subject-matter (diversity) jurisdiction, as a citizen of but one State." Wachovia Bank v. Schmidt, 126 S. Ct. 941, 951 (2006). That is the state in which the person is domiciled. Id.; Acridge v. Evangelical Lutheran Good Samaritan Soc., 334 F.3d 444, 451 (5th Cir. 2003). Accordingly, Defendants must file, no later than **September 20, 2019**, an amended notice of removal that specifically alleges the state(s) in which Alex Sloane and Matt Perelman are domiciled.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 6th day of September, 2019.

Mark L. Hornsby
U.S. Magistrate Judge